IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM RORKE, | : | Case No. 4:16-CV-0219 |
| Plaintiff, | : | |
| | : | Judge Brann |
| v. | : | |
| AUBREY ALEXANDER TOYOTA, MICHAEL ANDRETTA, | : | |
| Defendants. | : | |

# ORDER

December 22, 2016

In accordance with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss is GRANTED. ECF No. 18.

2. Plaintiff, if she so chooses, may file a second amended complaint by January 12, 2017. If an amended complaint is not filed by this date, the action will be dismissed.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge