# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| KIM RORKE, | : | No. 4:16-CV-00219 |
|---|---|---|
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| AUBREY ALEXANDER, INC. and MICHAEL ANDRETTA | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of September 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, ECF No. 29, is **DENIED.**

2. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants shall file an answer to Plaintiff's Second Amended Complaint, ECF No. 28, within 14 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge