# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM RORKE, | No. 4:16-CV-00219 |
| Plaintiff, | (Judge Brann) |
| v. | |
| AUBREY ALEXANDER TOYOTA and MICHAEL ANDRETTA, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 10th day of July 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment, April 2, 2019, ECF No. 63, is **DENIED**. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge